GENERAL COURT, MAY TERM, 1799.

KILTY vs. GREEN.

May 1799.

Kilty-
vs.
Green.

THIS was an action of *assumpsit*, docketted by the consent of the parties, for the purpose of obtaining the opinion of the court on the following *statement*, viz.

That at November session 1798, the general assembly, by a resolution, appointed the plaintiff to revise the acts of assembly of the state, and to prepare an edition thereof, with a full and complete index thereto, to be compiled in a particular manner; or in such other mode as the plaintiff should deem best adapted to the purpose; that such compensation be allowed to the plaintiff as the work, and the manner in which it might be performed, should appear to merit; that he should include in the said collection the original charter to Lord *Baltimore*, &c. &c. That the defendant, printer of the state, be directed to print, and procure to be bound, 200 copies of the said edition of the laws, under the directions of the plaintiff; and that the governor and council be empowered, by order on the treasury, to advance to the printer such sum as may be necessary for the purpose, &c.

That the plaintiff did, in pursuance of the said resolution, revise the acts of the general assembly of this state, and prepare an edition thereof in the manner directed by the said resolution; and did give directions to the defendant, the printer of the state, to print the said edition of the acts of assembly so as aforesaid revised by him in the manner directed by the said resolution; 200 copies of which edition were printed by the defendant accordingly, in the month of April 1799. That the plaintiff, being a citizen of the United States of America, did, before the publication of the book of laws so prepared, to wit, on the 30th of March 1799, deposit a printed copy of the title thereof in the clerk's office of the district court where he resided, viz. in the office of the clerk of the district court of the United States for the Maryland Dis'rict, and secured the copy right to the said book of laws, in the manner prescribed and directed by the act of congress of the 31st of May 1790. entitled, "An act," &c. and did perform all other requisites required by the said act of congress. That the defendant, within one year before the bringing this suit, to wit, on the 2d of May 1799. did, without the consent of the plaintiff in any manner given, print 101 copies of the said book of laws, over and above the 200 copies printed for the state in pursuance of the resolution aforesaid. That the defendant knowing that the said 101 copies of the said book of laws to be printed without the consent of the plaintiff, did sell the said 101.

MAY 1799.

Kilty
vs.
Green.

copies of the said book of laws to sundry persons at the rate or price of, &c. for each copy, amounting for the whole to the sum of, &c. and which the defendant received. That the manuscripts of the plaintiff used in revising the acts of assembly aforesaid, and preparing an edition thereof, viz. the notes of the time of the repeal or expiring of each law, and the continuances of such acts as were originally passed for a limited time, and the index as aforesaid, were printed and published in the said 101 copies over and above the 200 copies printed for the state, without the consent and approbation of the plaintiff in any manner first had and obtained. That the plaintiff was allowed by the general assembly the sum of 1500*l.* being such compensation as the work and the manner in which it had been performed did appear to merit, in pursuance of the engagement contained in the resolution aforesaid, which sum the plaintiff received. That the governor and council advanced to the defendant the sum of 500*l.* for the purpose of printing the said 200 copies of the said edition of the said laws, and that the sum of 1000*l.* being the residue of the claim of the defendant against the state for printing the said 200 copies, was after the said printing paid to him by order of the general assembly.

The question was, whether the plaintiff was entitled to recover against the defendant the sum of money for which the said 101 copies of the said edition of the laws were sold?

*Kilty,* in *propria persona.*

*Shaaff,* for the defendant.

THE GENERAL COURT gave judgment upon the said statement for the *defendant.*

## GENERAL COURT, MAY TERM, 1799.

### LOWE *vs.* BOTELER and EASTBURN.

DEBT upon a *single bill.* The general issue was pleaded, with leave to give the special matter in evidence.

At the trial it was admitted that the *single bill,* upon which this suit was brought, was given for a *negro man* sold by the plaintiff to *Boteler,* one of the defendants, and that at the time the bill was executed, the plaintiff executed a writing under his seal, and delivered to the defendants, whereby he agreed, that if the negro man, who was then runaway, should not be taken by the said *Boteler,* that the bill aforesaid should be void. The plaintiff offered a witness, who deposed, that in February 1796, the